## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **FILED UNDER SEAL** |
| ) | |
| **Plaintiff,** ) | CR. NO. 03-20169-B |
| ) | |
| vs. ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 841(a)(1) |
| ERIC BROWN, ) | 21 U.S.C. § 843(b) |
| PATRICK D. MAXWELL, ) | 21 U.S.C. § 853 |
| LERMEDEYO MALONE, ) | 18 U.S.C. § 924(c) |
| REGINALD PULLEN, ) | 18 U.S.C. § 922(g) |
| RODNEY CRAINE, ) | 18 U.S.C. § 2 |
| DARREN K. COX, ) | |
| BRIAN COX, ) | **FILED BY** |
| JAMES TUNSTALL, ) | |
| RODNEY TUNSTALL, ) | |
| RANDY TAYLOR, ) | 2 4 |
| ERICK WILLIAMS, ) | |
| JULIUS JAMAR WINDER, ) | |
| ) | Robert R. Di Trolio, Clerk |
| ) | U. S. DIST COURT |
| **Defendants.** ) | W. D. OF TN, MEMPHIS |

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning at a time unknown to the Grand Jury, but at least from in or about March

2002, through at least the date of this indictment, in the Western District of Tennessee and

elsewhere, the defendants,

ERIC BROWN,
PATRICK D. MAXWELL,
LERMEDEYO MALONE,
REGINALD PULLEN,
RODNEY CRAINE,
DARREN K. COX,
BRIAN COX,

FILED UNDER SEAL

54

**JAMES TUNSTALL,**
**RODNEY TUNSTALL,**
**RANDY TAYLOR,**
**and**
**ERICK WILLIAMS,**

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with

each other, and with other persons both known and unknown to the Grand Jury, to possess

with the intent to distribute and to distribute in excess of 5 kilograms of a mixture and

substance containing a detectable amount of cocaine, a controlled substance as classified

by Title 21, United States Code, Section 812 as a Schedule II controlled substance, and

in excess of 50 grams of a mixture and substance containing a detectable amount of

cocaine base, a controlled substance as classified by Title 21, United States Code, Section

812 as a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 846.

## COUNT TWO

On or about April 29, 2003, in the Western District of Tennessee and elsewhere, the

defendants,

**ERIC BROWN,**
**DARREN K. COX,**
**and**
**BRIAN COX,**

each aided and abetted by the other, did unlawfully, knowingly and intentionally attempt

to possess with the intent to distribute in excess of 500 grams of a mixture and substance

containing a detectable amount of cocaine, a controlled substance as classified by Title 21,

United States Code, Section 812 as a Schedule II controlled substance, in violation of Title

21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 29, 2003, in the Western District of Tennessee and elsewhere, the defendant,

## ERIC BROWN,

did unlawfully, knowingly and intentionally use a communication facility, to wit, Sprint Spectrum LP cellular telephone (404) 964-7112, in causing or facilitating the commission of the distribution of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, constituting a felony under Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(b).

FILED UNDER SEAL                                    4

## COUNT FOUR

On or about July 30, 2003, in the Western District of Tennessee, the defendant,

## REGINALD PULLEN.

did unlawfully, knowingly and intentionally possess with the intent to distribute and distributed cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FILED UNDER SEAL                         5

## COUNT FIVE

On or about August 1, 2003, in the Western District of Tennessee, the defendants,

**JAMES TUNSTALL,**
**and**
**RODNEY TUNSTALL,**

each aided and abetted by the other, did unlawfully, knowingly and intentionally possess with the intent to distribute in excess of 50 grams  of a mixture and substance containing cocaine base, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about August 1, 2003, in the Western District of Tennessee, the defendants,

**JAMES TUNSTALL,**
**and**
**RODNEY TUNSTALL,**

each aided and abetted by the other, did unlawfully, knowingly and intentionally possess

with the intent to distribute cocaine, a controlled substance as classified by Title 21, United

States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about August 1, 2003, in the Western District of Tennessee, the defendant,

## JAMES TUNSTALL,

did unlawfully, knowingly and intentionally use a firearm, specifically a 45 caliber Tarus model PR-145 pistol, serial no. NUL 18378, during and in relation to drug trafficking crimes for which he may be prosecuted in a court of the United States, to wit, the violations of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2 described in Counts One, Five and Six (which descriptions are hereby incorporated by reference), in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHT

On or about August 1, 2003, in the Western District of Tennessee, the defendant,

**RODNEY TUNSTALL,**

having been convicted of crimes punishable by imprisonment for a term exceeding one year, did unlawfully, knowingly and intentionally possess in and affecting commerce a firearm, specifically a 20 gauge shotgun, Stevens model 67, serial number D981254, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g).

## COUNT NINE

On or about September 6, 2003, in the Western District of Tennessee, the defendant,

### LERMEDEYO MALONE,

did unlawfully, knowingly and intentionally possess with the intent to distribute and distributed in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FILED UNDER SEAL

## COUNT TEN

On or about September 6, 2003, in the Western District of Tennessee, the defendant,

### JULIUS JAMAR WINDER,

did unlawfully, knowingly and intentionally possess with the intent to distribute in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, a controlled substance as classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FILED UNDER SEAL                    11

## FORFEITURE

1.      The allegations contained in Counts 1 through 6 of this Indictment are hereby realleged and incorporated by reference for the purpose f alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2.      From their engagement in any or all of the violations alleged in Counts 1 through 19 of this Indictment, punishable by imprisonment for more than one year, which counts are realleged and incorporated as if more fully set forth herein, the defendants shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in: property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations. Such property includes, but is not limited to, the following:

    a.      $2,372,775.00 in United States currency;

    b.      Real property as follows:

        1.      One parcel of real property located at 6159 Belair Lake, Lithonia, GA 30038;

        2.      One parcel of real property located at 8345 Westbrook, Olive Branch, MS 38654;

        3.      One parcel of real property located at 4327 Snowmass Memphis, TN 38141; and

        4.      One parcel of real property located at 7655 Parkmont, Memphis, TN 38141.

    b.      Vehicles as follows:

FILED UNDER SEAL                                12

| Make | Model | Year | Tag Number | Tag State | Owner | Owner Address | Vehicle Identification Number |
|---|---|---|---|---|---|---|---|
| Freightliner | TR | 1980 | VR49 HY | TN | Brown, Eric | 1588 Barnes Ct., Memphis, TN | CB113HP17 8999 |
| Nissan | Maxima | 1997 | SPX83 1 | MS | Brown, Eric | 8345 Westbrook, Olive Branch, MS | JN1CA21D0 VT806890 |
| Nissan | Maxima | 1997 | 126XT P | TN | Brown, Eric | 4889 Blue Wing, Memphis, TN | JN1CA21D4 VT857194 |
| Dodge | Ram Van | 1998 | CXL65 4 | TN | Brown, Eric | 1588 Barnes Ct., Memphis, TN | 2B5WB35Z 6WK124934 |
| Harley Davidson | FXT | 1999 | MC0N 8304 | MS | Brown, Eric | 8345 Westbrook, Olive Branch, MS | 4K7S8135X XC006720 |
| Ford | Expedit ion | 2000 | HYZ18 6 | TN | Brown, Eric | 1588 Barnes Ct., Memphis, TN | 1FMRU17L7 YLA69047 |
| Mercedes Benz | E320 | 2000 | | | Brown, Eric | 8345 Westbrook, Olive Branch, MS | WDBJF65J0 YB054050 |
| Mercedes Benz | S430 | 2001 | SNS9 07 | MS | Brown, Eric | 8345 Westbrook, Olive Branch, MS | WDBNG70J 71A214738 |
| Cadillac | Escala de | 2002 | HYZ06 9 | TN | Brown, Eric | 1588 Barnes Ct., Memphis, TN | 1GYEK63N 62R100378 |
| Ford | F150 | 2002 | HYZ18 6 | TN | Brown, Eric | 1588 Barnes Ct., Memphis, TN | 1FTRW073 32KD37372 |

FILED UNDER SEAL

| Make | Model | Year | Tag Num- ber | Tag State | Owner | Owner Address | Vehicle Identifica- tion Number |
|---|---|---|---|---|---|---|---|
| Mercedes Benz | G500 | 2002 | 519DBA | MS | Brown, Eric | 8345 Westbrook, Olive Branch, MS | WDCYR49E 82X129526 |
| Chevrolet | Silver- ado | 2001 | 3KIDS | TN | Maxwell, Kimberly | 7655 Parkmont, Memphis, TN | 1GCJC33G 01F146533 |
| Hort (Trailer) | Cargo | 2002 | 48725 AC | GA | Maxwell, Patrick | 261 Crowell Rd., Covington, GA 30014- 3376 | 5E2B12022 21008088 |
| Lexus | LX450 | 1997 | 798XT P | TN | Maxwell, Patrick & Kimberly | 7655 Parkmont, Memphis, TN | JT6HJ88J1 V0175254 |
| Chevrolet | Monte Carlo | 1972 | 23776 3 | GA | Maxwell, Patrick D. | 3290 Golfe Links Drive, Snellville, GA 30039-4719 | 1H57J2R58 0512 |
| Freightliner | FLD12 064 | 1993 | | | Maxwell, Patrick D. | 7655 Parkmont, Memphis, TN | 1FUYDSYB 3PH489989 |
| Freightliner | FLD12 064 | 1993 | MC12 NY | TN | Maxwell, Patrick D. | 7655 Parkmont, Memphis, TN | 1FUYDSYB XPH489990 |
| International | 9400 | 1995 | NC07 HY | TN | Maxwell, Patrick D. | 7655 Parkmont, Memphis, TN | 2HSFHALR 3SC015324 |
| Freightliner | | 1997 | NC07 HY | TN | Maxwell, Patrick D. | 7655 Parkmont, Memphis, TN | 2FUYDZYB 3VA701377 |
| Dodge | B1500 | 1999 | 6698S F | TN | Maxwell, Patrick D. | 7655 Parkmont, Memphis,TN | 2B6HB11Z9 XK584802 |

FILED UNDER SEAL

| Make | Model | Year | Tag Num-ber | Tag State | Owner | Owner Address | Vehicle Identifica-tion Number |
|---|---|---|---|---|---|---|---|
| Suzuki | GSX750F | 2001 | ZF0162 | TN | Maxwell, Patrick D. | 7655 Parkmont, Memphis, TN | JS1GR7GA612100907 |
| BMW | 760Li | 2003 | 1392ASL | GA | Maxwell, Patrick D. & Kimberly E. | 3290 Golfe Links Drive, Snellville, GA 30039-4719 and 5850 Hillandale Drive, Apt. 1523, Lithonia, GA 30058-4925 | WBAGN83403DK10458 |
| Hummer | H2 | 2003 | KIMS H2 | GA | Maxwell, Patrick D. & Kimberly E. | 3290 Golfe Links Drive, Snellville, GA 30039-4719 and 5850 Hillandale Drive, Apt. 1523, Lithonia, GA 30058-4925 | 5GRGN23U13H104849 |
| Chevrolet | Cor-vette | 1997 | WH9008 | TN | Owens, Helen | 1588 Barnes Ct., Memphis, TN | 1G1YY22G5V5104598 |
| Lexus | LS430 | 2001 | 6380 WH | TN | Owens, Helen M. | 1588 Barnes Ct., Memphis, TN | JTHBN30F310040654 |
| Nissan | Maxima | 1992 | MCL313 | TN | Pullen, Reginald | 633 Stephens, Memphis, TN | JN2HJ01F9NT007363 |
| Pontiac | Grand Am | 2000 | GDH938 | TN | Pullen, Reginald | 633 Stephens, Memphis, TN | 1G2NF52T6YM846392 |

FILED UNDER SEAL

| Make | Model | Year | Tag Num- ber | Tag State | Owner | Owner Address | Vehicle Identifica- tion Number |
|------|-------|------|--------------|-----------|-------|---------------|---------------------------------|
| Toyota | Land- cruiser | 2000 | HWC1 20 | TN | Pullen, Reginald | 633 Stephens, Memphis, TN | JT3HT05J6 Y0082358 |
| GMC | Yukon | 2003 | HWC1 20 | TN | Pullen, Reginald | 633 Stephens, Memphis, TN | 1GKEK63U 33J183009 |

3.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants;

a.   Cannot be located upon the exercise of due diligence;

b.   Has been transferred, sold to or deposited with, a third person;

c.   Has been placed beyond the jurisdiction of the Court;

d.   Has been substantially diminished in value; or,

e.   Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

s/Grand Jury Foreperson

FOREPERSON

DATED: 9-24-03

UNITED STATES ATTORNEY

FILED UNDER SEAL                                   16