IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 03-20169-B |
| PATRICK D. MAXWELL, | * | |
| Defendant. | * | |

## ORDER GRANTING GOVERNMENT'S MOTION
## TO CONTINUE SENTENCING

It is hereby ORDERED that the Government's motion to continue the sentencing of defendant, PATRICK D. MAXWELL, currently set for June 13, 2005, is hereby GRANTED, and the sentencing is hereby reset to July 18, 2005, at 9:00 am.

DONE at Memphis, Tennessee, this 9th day of June, 2005.

UNITED STATES DISTRICT JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-10-05

542

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 542 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT