IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 26 PM 3: 47
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 03-20169BV |
| | ) | |
| PATRICK MAXWELL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ALLOWING WITHDRAWAL OF COUNSEL

This cause came on for a hearing on July 25, 2005, on the written motion of Leslie I. Ballin, retained attorney for the defendant, Patrick Maxwell, seeking an order allowing him to withdraw from the representation of the defendant as counsel due to a potential conflict of interest. The court finds that the motion is well-taken and should be granted.

Leslie I. Ballin is hereby allowed to withdraw as counsel for the defendant and is relieved from further representation of the defendant as of the date of this order. The defendant is directed to retain new counsel within 30 days of the date of the hearing.

IT IS SO ORDERED this 26th day of July, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-27-05  (552)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 552 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT