IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. 03-20169-B

PATRICK D. MAXWELL,

    Defendant.

## ORDER SETTING STATUS CONFERENCE

Before the court is the motion of the Defendant, Patrick Maxwell, for a continuance of the sentencing hearing currently set on August 25, 2005. Maxwell, who filed this motion pro se, states that he is in need of an additional sixty (60) days in which to retain counsel to represent him in this matter. The government filed a response and opposes the motion, claiming that Maxwell's previous counsel was allowed to withdraw on July 26, 2005, and that the Defendant had been on notice that he would probably need new counsel at least as early as July 13, 2005. Furthermore, the government requests the Court retain the sentencing date and require the Defendant to appear and advise it as to the specifics of how and when Maxwell will have new counsel and will be prepared to proceed with sentencing.

Accordingly, the Court grants in part the Defendant's request for a continuance of the sentencing which is presently set for August 25, 2005, but directs that the parties appear on that date for the Court to determine from the Defendant the specifics of when and how he will be able to obtain counsel and when this matter can proceed to conclusion. Therefore, the August 25, 2005 hearing is retained and the parties are to appear on that date.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-22-05



IT IS SO ORDERED this 19th day of August, 2005.

*[signature]*
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 559 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT