FILED IN OPEN COURT

DATE: 9/6/05

TIME: 2:10 pm

INITIALS: fe

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|                              |     |                    |
|------------------------------|-----|--------------------|
| UNITED STATES OF AMERICA,    | *   |                    |
|                              | *   |                    |
| Plaintiff,                   | *   |                    |
|                              | *   | No. 03-20169-B     |
| vs.                          |     | 04-20375-B         |
|                              | *   |                    |
| PATRICK D. MAXWELL,          | *   |                    |
|                              | *   |                    |
| Defendant.                   | *   |                    |

ORDER

For good cause shown, it is hereby ORDERED that the Government's Motion to revoke the

bond of defendant PATRICK D. MAXWELL is hereby granted, that this defendant's bond be

revoked and that this defendant be detained pending further proceedings in this case.

DONE at Memphis, Tennessee, this ___ day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-7-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 568 in case 2:03-CR-20169 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT